1  MARGARET M. HOLM, State Bar No. 71252
   margaret.holm@clydeco.us
2  MELISSA M. LEOS, State Bar No. 239418
   melissa.leos@clydeco.us
3  SHERYL ROSENBERG, State Bar No. 232862
   sheryl.rosenberg@clydeco.us
4  CLYDE & CO US LLP
   2020 Main Street, Suite 1100
5  Irvine, California 92614
   Telephone: (949) 852-8200
6  Facsimile: (949) 567-7850

7  Attorneys for Defendant USA GYMNASTICS

8
                    **UNITED STATES DISTRICT COURT**
9
         **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
10

11
   JANE PCNE DOE, an individual; and       Civil Case No. 2:18-cv-03464-JLS-KESx
12 JOHN PCNM DOE, an individual.

13           Plaintiff,                     **DEFENDANT USA GYMNASTICS'**
                                            **NOTICE OF ENTRY OF**
14       v.                                 **BANKRUPTCY COURT ORDER**
                                            **STAYING THIS ACTION IN ITS**
15 USA GYMNASTICS, a Business Entity        **ENTIRETY**
   of form unknown; UNITED STATES
16 OLYMPIC COMMITTEE, a Business
   Entity of form unknown; and DOES 3
17 through 500.

18           Defendants.

19

20

21       TO THE HONORABLE COURT, ALL PARTIES AND THEIR

22 ATTORNEYS OF RECORD HEREIN:

23       PLEASE TAKE NOTICE that on April 22, 2019, the Honorable Robyn L.

24 Moberly, United States Bankruptcy Judge for the United States Bankruptcy Court in

25 the Southern District of Indiana, entered an Order granting debtor USA

26 GYMNASTICS ("USAG") April 17, 2019 Motion for Entry of an Order Approving

27 an Agreed-to Stipulation and Order Pursuant to 11 U.S.C. § 105 Enjoining the

28 Continued Prosecution of Certain Pre-Petition Lawsuits.  By way of this Order, this

**DEFENDANT USA GYMNASTICS' NOTICE OF ENTRY OF BANKRUPTCY ORDER**

1   lawsuit is stayed in its entirety.  A true and correct copy of this Order is attached

2   hereto as Exhibit 1.

3   Dated:  April ___, 2019         CLYDE & CO US LLP

4

5

6                 By: _____

7                      Margaret M. Holm

8                      Melissa M. Leos

                     Sheryl M. Rosenberg

9                      Attorneys for Defendant USA
                     GYMNASTICS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

EXHIBIT 1

**SO ORDERED: April 22, 2019.**

Robyn L. Moberly
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| USA GYMNASTICS,[1] | Case No. 18-09108-RLM-11 |
| Debtor. | |

### AGREED STIPULATION AND ORDER PURSUANT TO 11 U.S.C. §105 ENJOINING THE CONTINUED PROSECUTION OF CERTAIN PRE-PETITION LAWSUITS

This matter came before the Court on the *Motion For Entry of an Order Approving an*

*Agreed Stipulation and Order Pursuant to 11 U.S.C. §105 Enjoining The Continued Prosecution*

*of Certain Pre-Petition Lawsuits* (the "**Motion**"), filed by USA Gymnastics as debtor and debtor

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

in possession (the "**Debtor**"); the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and (iv) after due deliberation, and good and sufficient cause appearing therefore, the Court hereby determines the Motion should be GRANTED.

IT IS HEREBY STIPULATED AND AGREED:

1.      Attached hereto as Exhibit 1 is a list of lawsuits (collectively, the "**Lawsuits**") currently pending against the Debtor and/or various third-parties set forth on Exhibit 2 hereto (collectively, the "**Third Parties**"), alleging that the Debtor and the named Third Parties are liable to the plaintiff on account of sexual abuse perpetrated against the plaintiff.

2.      Although the Lawsuits are stayed to the extent that they seek relief against the Debtor pursuant to 11 U.S.C. §362(a), the Lawsuits are not stayed against the Third Parties named in these lawsuits.

3.      Some of the Third Parties named in the Lawsuits have alleged that the Debtor is obligated to indemnify the Third Party from any loss incurred as a result of the pending lawsuits, including attorney's fees.  Some of the Third Parties have alleged that they have rights under the Debtor's insurance policies and/or are named insureds under the Debtor's insurance policies. Some of the plaintiffs in the Lawsuits have alleged that the Debtor is responsible for any liability attributed to some of the Third Parties.

4.      As a result, if the Lawsuits against the Third Parties are not stayed, the Debtor may be required to participate in discovery and/or incur expense providing a defense for the named Third Parties. In addition, the Debtor's interest in its insurance policies may be impacted by the continued prosecution of the Lawsuits.

5.      The signatories to this Order have  agreed that the entry of an injunction pursuant to 11 U.S.C. §105(a) and the Seventh Circuit's decision in *Caesar's Entertainment Operating Corp. v. BOKF, N.A.*, 808 F.3d 1186 (7th Cir. 2015), will enhance the prospects of a successful reorganization, subject to the following terms:

(a)      During the time period while the injunction entered pursuant to this Order is in effect and further, provided that the Court has not declined to extend the time period to remove civil actions pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure, the Debtor will not seek to remove any Lawsuit that is currently pending in state court to federal court.

(b)      During the time period while the injunction entered pursuant to this Order is in effect, no signatory to this Order or the Sexual Abuse Survivors Committee will oppose a motion brought by the Debtor seeking to extend the time period to remove civil actions pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure.

(c)      Any signatory to this Order may withdraw its consent to the injunction by providing ten business days' notice in writing to the other signatories to this Order. In the event that such notice is given, the Debtor may seek to obtain the entry of an injunction against such withdrawing party and the injunction contained in this Order shall remain in effect until the later of: (i) the expiration of the ten business days' notice period, if no further injunctive relief against the withdrawing party is sought by the Debtor; or (ii) in the event the Debtor seeks further injunctive relief against the withdrawing party, until the Court can decide the Debtor's request for further injunctive relief.

*AGREED:*

**USA GYMNASTICS**, by its counsel

*/s/ Catherine L. Steege*
JENNER & BLOCK  LLP
Catherine L. Steege (admitted *pro hac vice*)
Dean N. Panos (admitted *pro hac vice*)
Melissa M. Root (#24230-49)
353 North Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
E-mail: csteege@jenner.com
dpanos@jenner.com
mroot@jenner.com

**SEXUAL ABUSE SURVIVORS
COMMITTEE**, by its counsel

*/s/ James I. Stang*
PACHULSKI STANG ZIEHL & JONES
LLP
James I. Stang, Esq. (admitted pro hac vice)
Ilan D. Scharf, Esq. (admitted pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
E-mail: jstang@pszjlaw.com,
isharf@pszjlaw.com

-and-

RUBIN & LEVIN, P.C.
Meredith R. Theisen
Deborah J. Caruso
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Email: dcaruso@rubin-levin.net
mtheisen@rubin-levin.net

**JORDYN MARIE WIEBER, JANE PCNE
DOE, JOHN PCNM DOE, JANE AJ DOE,
JANE KR DOE, JANE JD DOE,
ALEXANDRA ROSE RAISMAN, JANE
LM DOE, TIFFANY THOMAS LOPEZ,
McKAYLA MARONEY, JANE EL DOE,**
by their counsel

*/s/ Vince W. Finaldi*
MANLY, STEWART & FINALDI
John C. Manly
Vince W. Finaldi
Alex E. Cunny
Telephone:  (949) 252-9990
Email:  jmanly@manlystewart.com
vfinaldi@manlystewart.com
acunny@manlystewart.com

**JANE E-1 DOE, LESLIE MILLER as next
friend of EMMA ANN MILLER, JANE E-
4 DOE, JOHN E-5 DOE,** by their counsel

*/s/ Andrew P. Abood*
ABOOD LAW FIRM
Andrew P. Abood
246 East Saginaw St, Suite 1
East Lansing, Michigan 48823
Telephone: (517) 332-5900
Email: andrew@aboodlawfirm.com

**JANE F2 DOE, JACOB MOORE, KAMERIN MOORE, JOHN F1 DOE, as next friend of JANE F1 DOE, RYLEE JONUSKA** by their counsel

/s/ Thomas W. Waun
JOHNSON LAW, PLC
Thomas W. Waun
10683 S. Saginaw Street, Suite D
Grand Blanc, MI 48439
Telephone: (810) 695-6100
Email: twaun@venjohnsonlaw.com

**JANE KRA DOE,** by her counsel

/s/ Debra A. Freid
FREID, GALLAGHER, TAYLOR &
ASSOCIATES, PC
Debra A. Freid
604 S Jefferson Ave
Saginaw, MI 48607
(989) 754-0411
Email: fgt@fgt-law.com

**MEGAN MARIE LADRIGUE,** by her counsel

/s/ Jessica Rose Rieffel
GOWER LAW PLC
Jessica Rose Rieffel
514 E. Midland Street
Bay City, MI 48706
Telephone: (989) 894-0100
Email: jessica@gowerlaw.com

**MARCIA FREDERICK,** by her counsel

/s/ Kimberly Dougherty
ANDRUS WAGSTAFF, PC
Kimberly Dougherty
Vance Andrus
Aimee Wagstaff
19 Belmont Street
South Easton, MI 02375
Telephone: (508) 230-2700
Email: kim.dougherty@andruswagstaff

**LAUREN BANCROFT, RACHEL CAMPBELL, MEGHAN GUNTHER, EMILY JANE-GWARDZINSKI JUSTICE,** by their counsel

/s/ Robert J. Lantzy
BUCKFIRE & BUCKFIRE, P.C.
Robert J. Lantzy
29000 Inkster Road, Suite 150
Southfield, MI 48034
Telephone: (248) 569-4646
Email: robert@buckfirelaw.com

**SARAH FACE, NATHALIE TROTTIER as next friend of JANE AN 2 DOE, JANE BR 1 DOE as next friend of JANE BR 2 DOE, LISA HUTCHINS as next friend of JANE IL 1 DOE,** by their counsel

/s/ Jami W. Jones
JAMI JONES PLLC
Jami W. Jones
43494 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48302
Telephone: (248) 745-1000
Email: jjones@idealjustice.com

JANE B051 DOE, ALEXIS ALVARADO, REED ANDERSON, JANE B012 DOE, CHRISTINA BARBA, JANE B045 DOE, JANE B065 DOE, LARISSA BOYCE, JANE B077 DOE, ARIANNA CASTILLO, KASSIE CASTLE, SAMANTHA DANIELS, KATHERINE EBERT, JANE B071 DOE, JANE B008, LYNDSY GAMET, KENZIE GASSAWAY, JANE B043 DOE, AMANDA GREEN, ARIANNA GUERRERO, by Next Friend TONY GUERRERO, KATELYNN HALL, CHRISTINA HOLMES, JANE B034 DOE, JANE B079 DOE, JANE B035 DOE, MORGAN MARGRAVES, LAUREN MARGRAVES, EMILY MEINKE, JANE B057 DOE, by Next Friend JANE B57NF DOE, JANE B047 DOE, JANE B048 DOE, JANE B067 DOE, JANE B068 DOE, JANE B082 DOE, JANE B069 DOE, by Next Friend JANE B69NF DOE, JANE B046 DOE, JANE B025 DOE, JANE B083 DOE, JANE B042 DOE, JANE B044 DOE, JANE B055 DOE, JANE B060 DOE, JANE B089 DOE, TAYLOR LIVINGSTON, MADISON MARGRAVES, KAYLEE MCDOWELL, JESSICA ANN SMITH, JESSICA TARRANT, KRISTIN THELEN, MORGAN VALLEY, CHELSEA ZERFAS by Next Friend RON ZERFAS, JANE B095, ALYSSA AVERY, ALEXANDRA BOURQUE, SKYLER COOMER, JANE B096 DOE, JANE B102 DOE, JANE B094 DOE, JANE BE 101 DOE, OLIVIA VENUTO, HOLLY WILES, JANE B092 DOE, JANE B093 DOE, JANE B098 DOE, JANE B103 DOE, JANE B104 DOE, JANE B105 DOE, JANE B106 DOE, JANE B108 DOE, JANE B109 DOE, JANE B110 DOE, JANE B097 DOE, JANE B101 DOE, ADAM BOYCE, JOHN B008 DOE, ANDREW GAMET, JOHN B043 DOE, JOHN B048 DOE, JACOB PARKER, JOHN B067 DOE, JOHN B068 DOE, JOHN GASSAWAY, JOHN B079 DOE, JONATHAN COLLINS, JOHN

J.C. (minor) by Next Friend C.C., ANNA DAYTON, JANE A012 DOE, MADELEINE JONES, EMILY MORALES, J.T. (minor) by Next Friend S.T., HELENA WEICK, JANE A092 DOE, GWEN ANDERSON, AMANDA BARTERIAN, BETHANY BAUMAN, JANE A108 DOE, JANE A033 DOE, JANE A090 DOE, JANE A091 DOE, VANASIA BRADLEY, A.B. (minor) by Next Friend L.B., SELENA BRENNAN, JANE A064 DOE, JANE A098 DOE, JANE A031 DOE, JANE A100 DOE, JANE A104 DOE (minor) by Next Friend JANE A109 DOE, JANE A096 DOE (minor) by Next Friend JANE A97 DOE, OLIVIA COWAN, RACHAEL DENHOLLANDER, JANE A050 DOE, JAMIE DOSKI, TIFFANY DUTTON, ASHLEY ERICKSON, JANE A020 DOE by Next Friend JANE A21 DOE, EMILY GOETZ, MEGAN HALICEK, JESSICA HOWARD, JANE A066 DOE, JANE A109 DOE, KARA JOHNSON, JANE A103 DOE, JANE A059 DOE, AMY LABADIE, JANE A093 DOE, TARYN LOOK, KAYLEE LORINCZ, CHANDLER LYNN, KATHRYN MIDDLETON, JANE A032 DOE, HANNAH MORROW, JENELLE MOUL, MARGARET NICHOLS, ALISION OTTEN FKA CHAUVETTE, JANE A107 DOE, E.P. (minor) by Next Friend M.P., JANE A007 DOE, JANE A083 DOE, ALEXANDARA ROMANO, BRITTNEY SCHUMANN, KATELYN SKRABIS, JANE A065 DOE, J.S. (minor) by Next Friend A.S., SAMANTHA URSCH, MELISSA VIGOGNE, JANE A094 DOE (Minor) by Next Friend JANE A95 DOE, JANE A071 DOE, JANE A099 DOE, CHELSEA WILLIAMS, N.W. (minor) by Next Friend R.W., LINDSAY WOOLEVER, JANE A009 DOE (Minor), by Next Friend JANE A10 DOE, JANE A078 DOE, KATHERINE BLACK, M.J. (minor) by Next Friend K.J., JANE DOE 112, MEGAN GINTER, JANE A111 DOE, JANE A116 DOE, DONNA MARKHAM (on behalf of CHELSEA MARKHAM), JANE A114 DOE, JANE A120 DOE, JANE A121, JANE A007 DOE, ALEXIS MOORE, JANE A038 DOE, JANE A055 DOE, JANE A112 DOE, KASSIE POWELL, STEPHANIE ROBINSON, JANE A115 DOE, JANE A052 DOE, by their counsel

7

**B096 DOE, JOHN B097 DOE, JOHN B101 DOE, JOHN B092 DOE, JOHN B093 DOE, JOHN B105 DOE, JOHN B109 DOE,** by their counsel

*/s/ Manvir S. Grewal*
GREWAL LAW, PLLC
Manvir S. Grewal
David S. Mittleman
Nolan Erickson
John Fraser
2290 Science Parkway
Okemos, MI 48864
Telephone:  (517) 393-3000
Email:  mgrewal@4grewal.com
dmittleman@4grewal.com
nerickson@4grewal.com
jfraser@4grewal.com

*/s/ Vince W. Finaldi*
MANLY, STEWART & FINALDI
John C. Manly
Vince W. Finaldi
Alex E. Cunny
Telephone:  (949) 252-9990
Email:  jmanly@manlystewart.com
vfinaldi@manlystewart.com
acunny@manlystewart.com

-and-

DREW, COOPER & ANDING
Stephen Drew
Adam C. Sturdivant
80 Ottawa Avenue, Suite 200
Grand Rapids, MI 49503
Telephone:  (616) 454-8300
Email:  sdrew@dca-lawyers.com
asturdivant@dca-lawyers.com

**JANE C DOE,** by her counsel

*/s/ Matthew M. Rundio*
KRZAK RUNDIO LAW GROUP
Michael Krzak
Matthew M. Rundio
30 N. LaSalle Street, Suite 1402
Chicago, IL 60603
Telephone: (312) 736-1111
Email:  matt@krlawgroup.com
mike@krlawgroup.com

-and-

DRIGGERS, SCHULTZ & HERBST
Mark Kelley Schwartz
2600 West Big Beaver Road, Suite 550
Troy, MI 48084
Telephone:  (248) 649-6000
Email:  mschwartz@driggersschultz.com

8

JANE A. DOE, a minor, by Next Friend, JOHN A. DOE, JANE B. DOE, JANE G. DOE, JANE I. DOE, JANE J. DOE, JANE K. DOE, JANE L. DOE, a minor by Next Friend, JANE L1. DOE, JANE M. DOE, a minor by Next Friend JANE M1.DOE, JANE N. DOE, a minor, by Next Friend, JOHN N. DOE, LORI WAMPLER, by their counsel

*/s/ Thomas R. Behm*
GRUEL MILLS NIMS & PYLMAN PLLC
Thomas R. Behm
99 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Telephone: (616) 235-5500
Email: trbehm@gmnp.com

JANE R.G. DOE, by her counsel

*/s/ Matthew A. Ferri*
LAW OFFICE OF MATTHEW A. FERRI, PLLC
Matthew A. Ferri
6001 N. Adams Road, Suite 135
Bloomfield Hills, MI 48304
Telephone: (248) 591-2300
Email: matt@ferrilawpllc.com

-and-

PLANNING WITH PURPOSE, INC.
Paul H. Grant
2031-196th Street, S.W., Suite B-201
Lynnwood, WA 98036
Telephone: (425) 939-9948
Email: paul@planningwithpurposeinc.com

JANE L.B. DOE, JANE A.D. DOE, JANE M.D. DOE, JANE L.H. DOE, JANE T.J. DOE, JANE S.N. DOE, JANE T.O DOE, JANE S.W. DOE, JANE D.Z. DOE, JANE A.H. DOE, JANE I.B. DOE, JANE K.O. DOE, JANE Z.P. DOE, JANE E.H. DOE, JANE M.C. DOE, JANE N.H. DOE, JANE M.M. DOE, JANE S.B. DOE, JANE A.K. DOE, JANE B.M. DOE, JANE E.C. DOE, by their counsel

*/s/ Marc Lipton*
LIPTON LAW CENTER, PC
Marc Lipton
Ronald K. Weiner
18930 W. Ten Mile Road
Southfield, MI 48075
Telephone: (248) 557-1699
Email: ron@liptonlaw.com

**MAUREEN BAUM, JANE G03 DOE, JANE G02 DOE, MADELYN BAGLEY, MATHEW COVEY as conservator of JANE G4 DOE (minor), MELISSA IMRIE, KATHERINE PAYNE, KATHERINE M. RASMUSSEN, JACQUELYN YATES, BRENNA DOWELL, LAUREN DOWELL, JULIA EPPLE, ANGELA STEWART, PATRICK BAGLEY as next friend of JANE G5 DOE (minor),** by their counsel

*/s/ Steven C. Hurbis*
MCKEEN & ASSOCIATES, PC
Brian J. McKeen
Steven C. Hurbis
645 Griswold Street, Suite 4200
Detroit, MI 48226
Telephone: (313) 961-4400
Email: jmckeen@mckeenassociates.com
shurbis@mckeenassociates.com

9

**JENNIFER MILLINGTON BOTT,**
**VICTORIA CARLSON, NICOLE**
**HAMEISTER, JANE H2 DOE, JOHN**
**DOE by next friend JANE H3 DOE,**
**REBECCA WHITEHURST,** by their
counsel

*/s/ Michelle Tuegel*
HUNT & TUEGEL PLLC
Michelle Tuegel
425 Austin Avenue
Alico Building, Suite 1208
Waco, TX 76703
Telephone:  (254) 753-3738
Email:  michelle@huntandtuegel.com

-and-

ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO, & AZIZ
Muhammad S. Aziz
800 Commerce Street
Houston, TX 77002
Telephone:  (713) 222-7211
Email:  maziz@abrahamwatkins.com

-and-

WHITE LAW PLLC
James White
Alexander S. Rusek
Brittany M. Nichol
2549 Jolly Road, Suite 340
Okemos, MI 48864
Telephone:  (517) 316-1195
Email:  jameswhite@whitelawpllc.com
alexrusek@whitelawpllc.com
brittanynichol@hitelawpllc.com
discovery@whitelawpllc.com

**TRISTAN BROWN, CARLY PRESTON,**
by their counsel

*/s/ Gregory M. Bereznoff*
LAW OFFICES OF BEREZNOFF &
LITTLE
Gregory M. Bereznoff
Ronda M. Little
2684 West Eleven Mile Road
Berkley, MI 48072
Telephone:  (248) 591-2300
Email:  gblaw1@aol.com
rlittle.law@gmail.com

**JORDAN SCHWIKERT-COBBS, TASHA SCHWIKERT-WARREN,** by their counsel

*/s/ Jesse Creed*
PANISH SHEA & BOYLE LLP
Kevin R. Boyle
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Email: boyle@psblaw.com
creed@psblaw.com


**JULIE HOVINGA, JANE MP DOE,** by their counsel

*/s/ Jennifer G. Damico*
MIKE MORSE LAW FIRM, PLLC
Jennifer G. Damico
24901 Northwestern Highway, Suite 700
Southfield, MI 48075
Telephone: (248) 350-9050
Email: jdamico@855mikewins.com

**KYLIE DICKMAN, ASHLEY HAGAMAN, JANE R4 DOE, JANE R5 DOE, JOHN RA DOE and JANET RA DOE,** as next friends of **JANE R6 DOE, a minor,** by their counsel

*/s/ Richard A. Cascarilla*
MURPHY & SPAGNUOLO, PC
Richard A. Cascarilla
Gary L. Bender
2123 University Park Drive, Suite 130
Okemos, MI 48864
Telephone: (517) 351-2020
Email: rcascarilla@mbspclaw.com
gbender@mbspclaw.com


**JOHN DOE and JANET DOE as Next Friends of JANE DOE 01 (minor), JANE DOE 02, JANE DOE 03, JANE DOE 04, JANE DOE 05** by their counsel

*/s/ Louis G. Corey*
THE COREY LAW FIRM
Louis G. Corey
401 N. Main Street
Royal Oak, MI 48067
Telephone: (248) 548-9700

JANE DOE 1, by next friend and parent
JANE DOE 2, JANE DOE 3, JANE DOE 4,
JANE DOE 5, JANE DOE 6, JANE DOE 7,
JANE DOE 8, JANE DOE 9, JANE DOE
10, JANE DOE 11, JANE DOE 12, JANE
DOE 13, JANE DOE 14, JANE DOE 15,
JANE DOE 16, JANE DOE 17, JANE DOE
18, JANE DOE 19, JANE DOE 20, JANE
DOE 21, by their counsel

*/s/ Megan A. Bonanni*
PITT, MCGEHEE, PALMER & RIVERS, PC
Michael L. Pitt
Megan A. Bonanni
Beth M. Rivers
Robin B. Wagner
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
Email: mpitt@pittlawpc.com
mbonanni@pittlawpc.com
brivers@pittlawpc.com

**KENNEDY BAKER, JANE ED DOE,** by
their counsel

*/s/ Kevin R. Boyle*
PANISH SHEA & BOYLE LLP
Kevin R. Boyle
Jesse Creed
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Email: boyle@psblaw.com
creed@psblaw.com

-and-

ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO, & AZIZ
Muhammad S. Aziz
800 Commerce Street
Houston, TX 77002
Telephone: (713) 222-7211
Email: maziz@abrahamwatkins.com

JANE DOE AC, by Next Friend JOHN
DOE AA, JANE DOE BC, JANE DOE
GK, JANE DOE JA, JANE DOE PH, by
Next Friend JANE DOE PJ, JANE DOE
SM, JANE DOE ME, JANE DOE KJ by
their counsel

*/s/ Donna M. MacKenzie*
OLSMAN, MACKENZIE, PEACOCK &
WALLACE, PC
Donna M. MacKenzie
Emily G. Thomas
2684 West Eleven Mile Road
Berkley, MI 48072
Telephone: (248) 591-2300
Email: dmackenzie@olsmanlaw.com;
ethomas@olsmanlaw.com

**JANE DOE (1014),** by her counsel

*/s/ David Evan Miller*
SAEED & LITTLE, LLP
David Evan Miller
Jonathan C. Little
Jessica Wegg
1433 North Meridian Street, Suite 202
Indianapolis, IN 46202
Telephone: (317) 721-9214
Email: david@sllawfirm.com;
jon@sllawfirm.com;
jessica@sllawfirm.com

-and-

CORNWELL & STEVEN, LLP
W. Brian Cornwell
317 West York Street
Savannah, GA 31401
Telephone: (912) 417-4597
Email: bcornwell@cornwellstevens.com

**JANE D10 DOE, JANE D08 DOE, JANE D05 DOE by Next Friend JANE D06 DOE, JANE D09 DOE, AMANDA THOMASHOW, JANE D03 DOE, JANE D07 DOE, MAKAYLA THRUSH,** by their counsel

*/s/ Jonathan K. Homa*
SINAS, DRAMIS, BRAKE, BOUGHTON & MCINTYRE
James F. Graves
Jonathon K. Homa
Jacquelyn Dupler
3380 Pine Tree Road
Lansing, MI 48911
Telephone: (517) 394-7500
Email: jimgraves@sinasdramis.com; jonhoma@sinasdramis.com

**JANE J-1 DOE,** by her counsel

*/s/ Adam Kochenderfer*
WOLFSON BOLTON PLLC
Adam Kochenderfer
Kathleen A. Steams
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7102
Email: akochenderfer@wolfsonbolton.com

**MEAGHAN ASHCRAFT, ABIGAIL MEALY, AMANDA MEALY, SYDNEY WAIS,** by their counsel

*/s/ Lisa M. Esser*
SOMMERS SCHWARTZ, PC
Lisa M. Esser
1 Towne Square, Suite 1700
Southfield, MI 48076
Telephone: (248) 355-0300
Email: lesser@sommerspc.com

**SARAH ALLEN, ABBY CHAMPION, JACLYN CHARTERS, SUMA CHERUKURI, JANE S1 DOE, JANE S10 DOE, JANE S11 DOE, JANE S2 DOE, JANE S3 DOE, JANE S4 DOE, JANE S5 DOE, JANE S6 DOE, JANE S7 DOE, JANE S8 DOE, JANE S9 DOE,** by their counsel

*/s/ Anthony M. Spagnuolo*
THE LAW OFFICE OF ANTHONY M. SPAGNUOLO
Anthony M. Spagnuolo
808 W. Lake Lansing Road, Suite 104
East Lansing, MI 48823
Telephone: (517) 336-9997
Email: amsatty1@sbcglobal.net

**JANE NLF-1 DOE, JANE NLF-2 DOE, JANE NLF-3 DOE, JANE NLF-4 DOE,** by their counsel

*/s/ Matthew J. Heos*
THE NICHOLS LAW FIRM, PLLC
Wendy M. Schiller-Nichols
Matthew J. Heos
3452 E. Lake Lansing Road
East Lansing, MI 48823
Telephone: (517) 432-9000
Email: wsnichols@nicholslaw.net
Email: mheos@nicholslaw.net

**JANE E.H. DOE 16,** by her counsel

*/s/ Melissa Fry Hague*
GOLDMAN SCARLATO & PENNY, P.C.
Melissa Fry Hague (PA Bar No. 202850)
8 Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: (484) 342-0700
Hague@lawgsp.com

JANE L.W. DOE 42, JANE A.C. DOE 43, a minor, by Next Friend, JOHN A.C. DOE 43, JANE R.H. DOE 44, JANE A.G. DOE 45, JANE E.A. DOE 46, JANE R.V. DOE 47, JANE A.B. DOE 48, JANE R.D. DOE 49, a minor by Next Friend, MARY R.D. DOE 49, JANE D.C. DOE 50, a minor, by Next Friend, MARY D.C. DOE 50, JANE M.B. DOE 51, a minor, by Next Friend of JOHN M.B. DOE 51, by their counsel

*/s/ Thomas R. Behm*
GRUEL MILLS NIMS & PLYMAN PLLC
Thomas R. Behm
99 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Telephone: (616) 235-5500

JANE R.B. DOE 24, JANE D.C. DOE 25, JANE K.C. DOE 26, JANE A.C. DOE 27, JANE A.H. DOE 28, JANE G.S. DOE 29, JANE L.K. DOE 30, JANE L.N. DOE 31, JANE S.R. DOE 32, JANE K.W. DOE 33, JANE N.C. DOE 34, JANE A.B. DOE 35, JANE J.S. DOE 36, JANE A.B. DOE 37, JANE A.P. DOE 38, JANE K.C. DOE 39, JANE M.O. DOE 40, JANE L.C. DOE 41, by their counsel

*/s/ Megan A. Bonanni*
PITT, MCGEHEE, PALMER, RIVERS, P.C.
Megan A. Bonanni, Esq.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 939-5081

14

JANE C04 DOE, JANE C33 DOE, JANE
C02 DOE, JANE C13 DOE, JANE C18
DOE by Next Friend JANE C19 DOE,
KYLIE CHESTER, JANE C23 DOE by
next friend JANE C24 DOE, JANE C14
DOE, JANE C08 DOE, JANE C32 DOE,
JANE C05 DOE, LINDSY LEMKE, JANE
C01 DOE, JANE C15 DOE, JANE C26
DOE, JANE C11 DOE by Next Friend
JANE C12 DOE, JANE C17 DOE,
AMANDA SMITH, JANE C20 DOE,
JANE C21 DOE, JANE C31 DOE, JANE
C16 DOE, JANE C22 DOE, JANE C29
DOE, JANE C37 DOE by Next Friend
JANE C38 DOE, JANE C36 DOE, JANE
C35 DOE, JANE C34 DOE, by their counsel

*/s/ Alexander S. Rusek*
WHITE LAW PLLC
James White
Alexander S. Rusek
Brittany M. Nichol
2549 Jolly Road, Suite 340
Okemos, MI 48864
Telephone: (517) 316-1195
Email: jameswhite@whitelawpllc.com;
alexrusek@whitelawpllc.com;
rittanynichol@hitelawpllc.com;
discovery@whitelawpllc.com

JANE L.B. DOE 1, JANE A.D. DOE 2,
JANE M.D. DOE 3, JANE L.H. DOE 4,
JANE T.J. DOE 5, JANE S.N. DOE 6,
JANE T.O. DOE 7, JANE S.W. DOE 8,
JANE D.Z. DOE 9,  JANE A.H. DOE 10,
JANE I.B. DOE 11, JANE K.O. DOE 12,
JANE S.B. DOE 13, JANE A.B. DOE 14,
JANE B.M. DOE 15, JANE K.B. DOE 17,
JANE T.G. DOE 18, JANE M.K. DOE 19,
JANE K.R. DOE 20, JANE J.K DOE 21, a
minor, by Next Friend and Mother MARY
T.K. DOE 21, JANE C.P. DOE 22, JANE
A.K. DOE 23, a minor, by Next Friend and
Mother MARY N.F. DOE 23, by their
counsel

*/s/ Kimberly A. Dougherty*
ANDRUS WAGSTAFF, P.C.
Vance R. Andrus (CO Bar No. 30764)
Aimee H. Wagstaff (CO Bar No. 36819)
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Vance.andrus@andruswagstaff.com
Aimee.wagstaff@andruswagstaff.com

-and-

ANDRUS WAGSTAFF, P.C.
Kimberly A. Dougherty (MA Bar No.
658014)
Lisa Lee (MA Bar No. 684631)
19 Belmont Street
South Easton, MA 02375
Telephone: (508) 230-2700
Kim.dougherty@andruswagstaff.com
Lisa.lee@andruswagstaff.com

JANE L.B. DOE 1, JANE A.D. DOE 2, JANE M.D. DOE 3, JANE L.H. DOE 4, JANE T.J. DOE 5, JANE S.N. DOE 6, JANE T.O DOE 7, JANE S.W. DOE 8, JANE D.Z. DOE 9, JANE A.H. DOE 10, JANE I.B. DOE 11, JANE K.O. DOE 12, JANE S.B. DOE 13, JANE A.B. DOE 14, JANE B.M. DOE 15, JANE E.H. DOE 16, JANE K.B. DOE 17, JANE T.G. DOE 18, JANE M.K. DOE 19, JANE K.R. DOE 20, JANE J.K DOE 21, a minor, by Next Friend and Mother MARY T.K. DOE 21, JANE C.P. DOE 22, JANE A.K. DOE 23, a minor, by Next Friend and Mother MARY N.F. DOE 23, JANE R.B. DOE 24, JANE D.C. DOE, 25, JANE K.C. DOE 26, JANE A.C. DOE 27, JANE A.H. DOE 28, JANE G.S. DOE 29, JANE L.K. DOE 30, JANE L.N. DOE 31, JANE S.R. DOE 32, JANE K.W. DOE 33, JANE N.C. DOE 34, JANE A.B. DOE 35, JANE J.S. DOE 36, JANE A.B. DOE 37, JANE A.P. DOE 38, JANE K.C. DOE 39, JANE M.O. DOE 40, JANE L.C. DOE 41, JANE L.W. DOE 42, JANE A.C. DOE 43, a minor, by Next Friend JOHN A.C. DOE 43, JANE R.H. DOE 44, JANE A.G. DOE 45, JANE E.A. DOE 46, JANE R.V. DOE 47, JANE A.B. DOE 48, JANE R.D. DOE 49, a minor, by Next Friend MARY R.D. DOE 49, JANE D.C. DOE 50, a minor, by Next Friend MARY D.C. DOE 50, JANE M.B. DOE 51, a minor, by Next Friend JOHN M.B. DOE, by their counsel

JANE RGC DOE 1, JANE MLG DOE 2, JANE LVB DOE 3, JANE GK DOE 4, JANE BC DOE 5, JANE AC DOE 6, a minor, by Next Friend JOHN DOE AA, JANE JA DOE 7, JANE PH DOE 8, a minor, by Next Friend JANE DOE PJ, JANE SM DOE 9, JANE ME DOE 10, JANE KJ DOE 11, JANE RK DOE 12, JANE MPW DOE 13, JANE KN DOE 14, JANE KM DOE 15, JANE AC DOE 16, a minor, by Next Friend L.C., JANE MN DOE 17, JANE BD DOE 18, JANE LD DOE 19, JANE KK DOE 20, JANE CT DOE 21, JANE JJF DOE 22, JANE RAC DOE 23, JANE RAD DOE 24, JANE RAE DOE 25, JANE RAF DOE 26, JANE RAG DOE 27, JANE RAH DOE 28, a minor, by Next Friend C.S., JANE ALC DOE 29, JANE BH DOE 30, JANE DC DOE 31, JANE KRA DOE 32, JANE AW DOE 33, JANE AG DOE 34, JANE CP DOE 35, JANE TB DOE 36, JANE KB DOE 37, JANE MH DOE 38, JANE RS DOE 39, JANE NLF-2 DOE 40, JANE NLF-4 DOE 41, JANE SAF DOE 42, JANE BRS DOE 43, a minor, by Next Friend JANE BR DOE, JANE ANT DOE 44, a minor by Next Friend JANE NT DOE, JANE ILH DOE 45, a minor, by Next Friend, JANE LH DOE, JANE RG DOE 46, JANE TMB DOE 47, JANE MLM DOE 48, JANE MML DOE 49, JANE MLJ DOE 50, by their counsel

*/s/ Kimberly A. Dougherty*
ANDRUS WAGSTAFF, P.C.
Vance R. Andrus (CO Bar No. 30764)
Aimee H. Wagstaff (CO Bar No. 36819)
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Vance.andrus@andruswagstaff.com
Aimee.wagstaff@andruswagstaff.com

-and-

*/s/ Kimberly A. Dougherty*
ANDRUS WAGSTAFF, P.C.
Vance R. Andrus (CO Bar No. 30764)
Aimee H. Wagstaff (CO Bar No. 36819)
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Vance.andrus@andruswagstaff.com
Aimee.wagstaff@andruswagstaff.com

-and-

ANDRUS WAGSTAFF, P.C.
Kimberly A. Dougherty (MA Bar No. 658014)
Lisa Lee (MA Bar No. 684631)
19 Belmont Street
South Easton, MA 02375
Telephone: (508) 230-2700
Kim.dougherty@andruswagstaff.com
Lisa.lee@andruswagstaff.com

**DOMINIQUE CORBIN, JANE BH DOE,
JANE AC DOE, HILLARY RICH,
KATELIN REHBERGER** by their counsel

*/s/ Rebecca Sposita*
THE SAM BERNSTEIN LAW FIRM, PLLC
Mark Bernstein
Rebecca Sposita
Michael L. Battersby
31731 Northwestern Highway, Suite 333
Farmington Hills, MI 48334
Telephone;  (248) 225-5726
Email:  rsposita@sambernstein.com

**STEPHEN D. PENNY,** by his counsel:

*/s/ Michael P. O'Neil*
TAFT STETTINIUS & HOLLISTER LLP
Michael P. O'Neil
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Email: moneil@taftlaw.com

ANDRUS WAGSTAFF, P.C.
Kimberly A. Dougherty (MA Bar No. 658014)
Lisa Lee (MA Bar No. 684631)
19 Belmont Street
South Easton, MA 02375
Telephone: (508) 230-2700
Kim.dougherty@andruswagstaff.com
Lisa.lee@andruswagstaff.com

**UNITED STATES OLYMPIC
COMMITTEE,** by its counsel

*/s/ Dianne F. Coffino*
COVINGTON & BURLING LLP
Dianne F. Coffino
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1043
Email: dcoffino@cov.com

**KATHY SCANLAN,** by her counsel

*/s/ Corey C. Gerrard*
WINGERT, GREBING, BRUBAKER &
JUSKIE, LLP
Corey C. Gerrard
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
E-mail: abrubaker@wingertlaw.com
cgarrard@wingertlaw.com

**DEBRA VAN HORN,** by her counsel

*/s/ Ericka Englert*
DAVIS, GRAHAM & STUBBS
Ericka Englert
1550 17th Street, Suite 500
Denver, CO 8020
Telephone: (303) 892-9400
Email: Ericka.Englert@dgslaw.com

**AOGC ALL OLYMPIA GYMNASTICS
CENTER INC., ARTUR AKOPYAN, AND
GALINA MARINOVA,** by their counsel

*/s/ Whitney D. Ackerman*
LAW OFFICE OF WHITNEY D.
ACKERMAN
Whitney D. Ackerman
858 South Bedord Dr., Ste. 301
Los Angeles, CA 90035
wackerma@gmail.com

**LAWRENCE F. PROBST, ROBERT J.
BACH, JAMES M. BENSON, ROBERT
BOWLSBY, URSULA M. BURNS, ANITA
L. DEFRANTZ, DANIEL L.
DOCTOROFF, JAMES L. EASTON,
JOHN S. HENDRICKS, NINA M.
KEMPPEL, SUSANNE D. LYONS,
WILLIAM C. MARLOT, MARY R.
MCCAGG, STEVEN M. MESLER, DAVE
W. OGREAN, PISEI WHITNEY PING,
ANGELA M. RUGGIERO, KEVIN M.
WHITE, ROBERT L. WOOD, SCOTT
BLACKMUN, ALAN ASHLEY, LARRY
BUENDORF,** by their counsel

*/s/ Dianne F. Coffino*
COVINGTON & BURLING LLP
Dianne F. Coffino
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1043
Email: dcoffino@cov.com

**PAUL PARILLA, ROBERT COLAROSSI,**
by their counsel

*/s/ Melissa McKenna Leos*
CLYDE AND CO US LLP
Melissa McKenna Leos
Sheryl M Rosenberg
Margaret M. Holm
2020 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 852-8200
Email: Melissa.leos@clydeco.us
       Sheryl.rosenberg@clydeco.us
       Margaret.holm@clydeco.us

**JULIA EPPLE, ANGELA STEWART, JANE DOE, BRENNA, DOWELL, LAUREN DOWELL,** by their counsel

*/s/ Jordan Merson*
MERSON LAW, PLLC
Jordan K. Merson
Jaclyn M. Ponish
150 E 58th Street, 34th Floor
New York, NY 10155
Telephone: (212) 603-9100
Email: jmerson@mersonlaw.com
Email: jponish@mersonlaw.com

**JANE DOE,** by her counsel

*/s/ Michelle Tuegel*
HUNT & TUEGEL PLLC
Michelle Tuegel
425 Austin Avenue
Alico Building, Suite 1208
Waco, TX 76703
Telephone: (254) 753-3738
Email: michelle@huntandtuegel.com

-and-

ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO, & AZIZ
Muhammad S. Aziz
800 Commerce Street
Houston, TX 77002
Telephone: (713) 222-7211
Email: maziz@abrahamwatkins.com

-and-

RHOMANUCCI & BLANDIN, LLC
Antonio M. Romanucci
Bhavani Raveendran
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone: (312) 458-1000
Email: braveendran@rblaw.net
aromanucci@rblaw.net

**WORLD SPORT CHICAGO,** by its counsel

*/s/ Anda Tatoiu*
DYKEMA GOSSETT PLLC
Ian M. Sherman
Jon Ibarra
Anda Tatoiu
10 S Wacker #2300
Chicago, IL 60606
(312) 876-1700
isherman@dykema.com
jibarra@dykema.com
atatoiu@dykema.com

**AMIRA ALI,** by her counsel

*/s/ Elizabeth Marzotto Taylor*
MARGOLIS LAW
Laurence H. Margolis
Elizabeth Marzotto Taylor
214 S. Main Street, Suite 200
Ann Arbor, MI 48104
Telephone: (734) 994-9590
Email: larry@lawinannarbor.com

**CHLOE ALYSSE MYERS,** by her counsel

/s/ Davin R. Day
RIZZO BRYAN, PC
Davin R. Day
220 Lyon, N.W., Suite 200
Grand Rapids, MI 49503
Telephone: (616) 451-8111
Email: dday@rizzobryan.com

**JANE DOE AC,** by her counsel

/s/ David Q. Houbeck
VANDEVEER GARZIA, PC
David Q. Houbeck
840 W. Long Lake Road, Suite 600
Troy, MI 48908
Telephone: (248) 312-2800
Email: dhoubeck@vgpclaw.com

**ALEXIS ESPINOSA,** by her counsel

/s/ Stephanie Arndt
FIEGER LAW
Todd J. Weglarz
19390 W. 10 Mile Road
Southfield, MI 48075
Telephone: (248) 355-5555
Email: tweglarz@fiegerlaw.com

**A.G. DOE, A.W. DOE,** by their counsel

/s/ Jeffrey T. Stewart
SEIKALY STEWART & BENNETT, PC
Jeffrey T. Stewart
Tiffany R. Ellis
30445 Northwestern Highway, Suite 250
Farmington Hills, MI 48334
Telephone: (248)785-0102

**JANE A. DOE by next friend JANE B.
DOE,** by her counsel

/s/ April Kreger
THE COLEMAN JUSTICE CENTER
April Kreger
Judy C. Coleman
17286 Farmington Road
Livonia, MI 48152
Telephone: (734) 744-9410
Email:
april@thecolemanjusticecenter.com
judy@thecolemanjusticecenter.com

**AMANDA KOWALSKI,** by her counsel

/s/ Stephanie Arndt
FIEGER, FIEGER, KENNEY &
HARRINGTON, PC
Geoffrey N. Fieger
James J. Harrington
1939 West 10 Mile Road
Southfield, MI 48075
Telephone: (248) 355-5555

**MEAGHAN WILLIAMS,** by her counsel

/s/ Joseph N. Fraser
LAW OFFICE OF CHRISTOPHER M.
AMBROSE
Christopher M. Ambrose
146 S. Washington Street
Oxford, MI 48371
Telephone: (248) 628-0110
Email: ambrosecm@hotmail.com

-and-
LAW OFFICES OF JOHNSTON,
SZTYKIEL & HUNT, PC
Joseph N. Fraser
3250 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 641-1800
Email: jfraser@jshlawmi.com

-and-

ROBERT H. DARLING, PLLC
Robert H. Darling
217 Ann Arbor Road, Suiter 302
Plymouth, MI 48170
Telephone: (734) 738-6597
Email: rdarling@robertdarlinglaw.com

**JANE MB45 DOE,** by her counsel

/s/ Caleb Marker
ZIMMERMAN REED LLP
Caleb Marker
Ben Gubernick
2381 Rosencrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone: (877) 500-8780
Email: caleb.marker@zimmreed.com;
beg.gubernick@zimmreed.com

-and-

LAW OFFICES OF JARED S. RAPP PLLC
Jared S. Rapp
4105 Lakeridge Lane
Bloomfield Hills, MI 48302
Email: jared.rapp@gmail.com

**JANE KK DOE,** by her counsel

_/s/ Michael A. Cox_
THE MIKE COX LAW FIRM, PLLC
Michael A. Cox
Melissa Wojnar-Raycraft
17430 Laurel Park Drive North, Suite 120E
Livonia, MI 48152
Telephone:  (734) 591-4002
Email:  mc@mikecoxlaw.com

**JANE KJTM DOE, JANE MKG DOE,** by
their counsel

_/s/ Jessica J. Prichett_
HILLIARD MARTINEZ GONZALES, LLP
Robert C. Hilliard
Jessica J. Prichett
Alexander Hilliard
719 South Shoreline Boulevard
Corpus Christi, TX 78401
Telephone:  (361) 882-1612
Email:  bobh@hmglawfirm.com
jpritchett@hmglawfirm.com
alex@hmglawfirm.com

-and-

THE MILLER LAW FIRM, PC
E. Powell Miller
Marc L. Newman
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone:  (248) 841-2200
Email:  epm@millerlawpc.com
mln@millerlawpc.com

**JANE P.S. DOE,** by her counsel

_/s/ Deborah L. Gordon_
DEBORAH GORDON LAW
Deborah L. Gordon
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304
Telephone: (248) 258-2500
Email: dgordon@deborahgordonlaw.com

**JANE KJTM DOE,** by her counsel

_/s/ Jessica J. Prichett_
HILLIARD MARTINEZ GONZALES, LLP
Robert C. Hilliard
Jessica J. Prichett
Alexander Hilliard
719 South Shoreline Boulevard
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Email: bobh@hmglawfirm.com
jpritchett@hmglawfirm.com
alex@hmglawfirm.com

-and-

THE MILLER LAW FIRM, PC
E. Powell Miller
Marc L. Newman
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Email: epm@millerlawpc.com
mln@millerlawpc.com

**JANE DOE MJ,** by her counsel

_/s/ Efstathio T. Kiousis_
KIOUSIS LAW PC
Efstathio T. Kiousis
1985 West Big Beaver Road, Suite 300
Troy, MI 48084
Telephone: (248) 637-6560
Email: stk@kiousislaw.com

**KELSEY MORRIS,** by her counsel

_/s/ Joseph N. Fraser_
LAW OFFICES OF JOHNSTON,
SZTYKIEL & HUNT, PC
Joseph N. Fraser
3250 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 641-1800
Email: jfraser@jshlawmi.com

**KRISTIN NAGLE, ALYSSA ZALENSKI,**
by their counsel

*/s/ Joseph N. Fraser*
LAW OFFICES OF JOHNSTON,
SZTYKIEL & HUNT, PC
Joseph N. Fraser
3250 W. Big Beaver Road, Suite 500
Troy, MI 48084
Telephone: (248) 641-1800
Email: jfraser@jshlawmi.com

-and-

ROBERT H. DARLING, PLLC
Robert H. Darling
217 Ann Arbor Road, Suiter 302
Plymouth, MI 48170
Telephone: (734) 738-6597
Email: rdarling@robertdarlinglaw.com

**JANE A.A.K. DOE,** by her counsel

*/s/ Michael P. Misch*
ANDERSON AGOSTINO & KELLER, PC
Michael P. Misch
131 South Taylor Street
South Bend, IN 46601
Telephone: (574) 288-1515
Email: misch@aaklaw.com

**KELLY BUCHANAN, MEGAN
HOLLEY, RACHEL SCHULTZ,** by their
counsel

*/s/ David W. Christensen*
CHARFOOS & CHRISTENSEN, P.C.
David W. Christensen
Mary Pat Rosen
26622 Woodward Avenue, Suite 100
Royal Oak, MI 48067
Telephone: (313) 875-8080
Email: dwchristensen@c2law.com;
mprosen@c2law.com

## EXHIBIT 1

### List of Pending Litigation

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 1828723 | 278th Judicial District Court Walker County, Texas | David H. Berg at Berg & Androphy |
| 1829021 | 278th Judicial District Court Walker County, Texas | James Harington of Fieger, Fieger, Kenney & Harrington, P.C. and Bennie Rush of Law Offices of Bennie D. Rush, P.C. |
| 17-cv-00029, 18-cv-01055 18-cv-01346 | United States District Court Western District of Michigan Southern Division | Drew, Cooper & Anding and Manly, Stewart & Finaldi |
| 17-cv-00222, 18-cv-01029, 18-cv-01347 | United States District Court Western District of Michigan Southern Division | Manvir Grewal at Grewal Law PLLC |
| 17-cv-00244, 18-cv-01049, 18-cv-01350 | United States District Court Western District of Michigan Southern Division | Andrew Abood at Abood Law Firm |
| 17-cv-00254, 18-cv-01041, 18-cv-01349 | United States District Court Western District of Michigan Southern Division | James Graves at Sinas, Dramis, Brake, Boughton & McIntyre, P.C. |
| 17-cv-00257, 18-cv-01052, 18-cv-01348 | United States District Court Western District of Michigan Southern Division | James White at White Law PLLC |
| 17-cv-00676, 18-cv-01037, 18-cv-01351 | United States District Court Western District of Michigan Southern Division | Thomas W. Waun at Johnson Law PLC |
| 17-cv-00684, 18-cv-01044 | United States District Court Western District of Michigan Southern Division | Brian McKeen at McKeen & Associates, P.C. |
| 18-cv-00173, 18-cv-01120 | United States District Court Western District of Michigan Southern Division | Louis G. Corey at The Corey Law Firm |
| 18-cv-00174, 18-cv-01121 | United States District Court Western District of Michigan Southern Division | Louis G. Corey at The Corey Law Firm |
| 18-cv-00188, 18-cv-01122 | United States District Court Western District of Michigan Southern Division | Louis G. Corey at The Corey Law Firm |
| 18-cv-00256, 18-cv-01049 | United States District Court Western District of Michigan Southern Division | Andrew Abood at Abood Law Firm |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 18-cv-00377,<br>18-cv-01123 | United States District Court<br>Western District of Michigan<br>Southern Division | Louis G. Corey at The Corey Law Firm |
| 18-cv-00385,<br>18-cv-01022 | United States District Court<br>Western District of Michigan<br>Southern Division | David Houbeck at Vandeveer Garzia,<br>PC |
| 18-cv-00397,<br>18-cv-01034,<br>18-cv-01314 | United States District Court<br>Western District of Michigan<br>Southern Division | Lisa M. Esser at Sommers Schwartz,<br>PC |
| 18-cv-00433,<br>18-cv-01059,<br>18-cv-01352 | United States District Court<br>Western District of Michigan<br>Southern Division | White, Rusek, Nichol at  White Law<br>PLLC; Aziz at Abraham et al firm;<br>Tuegel of Hunt & Tuegel |
| 18-cv-00491 | United States District Court<br>Western District of Michigan<br>Southern Division | Manvir Grewal at Grewal Law PLLC |
| 18-cv-00494,<br>18-cv-01124 | United States District Court<br>Western District of Michigan<br>Southern Division | Louis G. Corey at The Corey Law Firm |
| 18-cv-00640 | United States District Court<br>Western District of Michigan<br>Southern Division | Thomas Behm at Gruel Mills Nims &<br>Pylman PLLC |
| 18-cv-00694 | United States District Court<br>Western District of Michigan<br>Southern Division | Michael S. Krzak at Krzak Rundio Law<br>Group; Mark Schwartz at Driggers,<br>Schultz & Herbst |
| 18-cv-00732 | United States District Court<br>Western District of Michigan<br>Southern Division | Michael A. Cox at The Mike Cox Law<br>Firm, PLLC |
| 18-cv-00734 | United States District Court<br>Western District of Michigan<br>Southern Division | Jennifer G. Damico at Mike Morse<br>Law Firm, PLLC |
| 18-cv-00758 | United States District Court<br>Western District of Michigan<br>Southern Division | Adam Kochenderfer at Wolfson Bolton<br>PLLC |
| 18-cv-00773 | United States District Court<br>Western District of Michigan<br>Southern Division | Geoffrey Fieger at Fieger, Fieger,<br>Kenney & Harrington, P.C. |
| 18-cv-00806 | United States District Court<br>Western District of Michigan<br>Southern Division | The Miller Law Firm<br>Hilliard Martinez Gonzales, LLP<br>Newman Hilliard Pritchett |
| 18-cv-00822 | United States District Court<br>Western District of Michigan<br>Southern Division | Richard Cascarilla at Murphy &<br>Spagnuolo, P.C. |
| 18-cv-00828 | United States District Court<br>Western District of Michigan<br>Southern Division | Todd Weglarz at Fieger Law |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 18-cv-00831 | United States District Court Western District of Michigan Southern Division | Donna Mackenzie at Olsman, Mackenzie, Peacock & Wallace, P.C. |
| 18-cv-00842 | United States District Court Western District of Michigan Southern Division | Wendy Schiller-Nichols at The Nichols Law Firm, PLLC |
| 18-cv-00851 | United States District Court Western District of Michigan Southern Division | Wendy Schiller-Nichols at The Nichols Law Firm, PLLC |
| 18-cv-00886 | United States District Court Western District of Michigan Southern Division | Devin R. Day at Rizzobryan, P.C. |
| 18-cv-00887 | United States District Court Western District of Michigan Southern Division | Anthony Spagnuolo at The Law Office of Anthony M. Spagnuolo |
| 18-cv-00915 | United States District Court Western District of Michigan Southern Division | Jami Jones at Jami Jones PLLC |
| 18-cv-00922 | United States District Court Western District of Michigan Southern Division | Richard Cascarilla at Murphy & Spagnuolo, P.C. |
| 18-cv-00944 | United States District Court Western District of Michigan Southern Division | Donna Mackenzie at Olsman, Mackenzie, Peacock & Wallace, P.C. |
| 18-cv-00965, 18-cv-01037 | United States District Court Western District of Michigan Southern Division | Thomas Waun of Johnson Law |
| 18-cv-00968 | United States District Court Western District of Michigan Southern Division | Robert J. Lantzy at Buckfire & Buckfire, P.C. |
| 18-cv-00978 | United States District Court Western District of Michigan Southern Division | Efstathios T. Kiousis at Kiousis Law PC |
| 18-cv-00981 | United States District Court Western District of Michigan Southern Division | Richard A. Cascarilla at Murphy & Spagnuolo, P.C. |
| 18-cv-00982 | United States District Court Western District of Michigan Southern Division | Mark Bernstein at The Sam Bernstein Law Firm PLLC |
| 18-cv-00987 | United States District Court Western District of Michigan Southern Division | Marc Lipton at Lipton Law Center P.C. |
| 18-cv-00993 | United States District Court Western District of Michigan Southern Division | Jamie Nisidis at Braun Kendrick Finkbeiner PLC |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 18-cv-00999 | United States District Court Western District of Michigan Southern Division | Jessica Rieffel at Gower Law PLC |
| 18-cv-01004 | United States District Court Western District of Michigan Southern Division | Gregory Bereznoff at Law Offices of Bereznoff & Little |
| 18-cv-01005 | United States District Court Western District of Michigan Southern Division | Gregory M. Bereznoff at Law Offices of Bereznoff & Little |
| 18-cv-01007 | United States District Court Western District of Michigan Southern Division | Paul Grant of Planning with a Purpose and Matthew Ferri |
| 18-cv-01008 | United States District Court Western District of Michigan Southern Division | Wendy Schiller-Nichols at The Nichols Law Firm, PLLC |
| 18-cv-01010 | United States District Court Western District of Michigan Southern Division | Donna Mackenzie at Olsman, Mackenzie, Peacock & Wallace, P.C. |
| 18-cv-01012 | United States District Court Western District of Michigan Southern Division | David W. Christensen, Mary Pat Rosen at Charfoos & Christensen, P.C. |
| 18-cv-01013 | United States District Court Western District of Michigan Southern Division | Anthony Spagnuolo at The Law Office of Anthony M. Spagnuolo |
| 18-cv-01014 | United States District Court Western District of Michigan Southern Division | David Miller at Saeed & Little, LLP |
| 18-cv-01016 | United States District Court Western District of Michigan Southern Division | Jeffrey Stewart of Seikaly Stewart & Bennett |
| 18-cv-01018 | United States District Court Western District of Michigan Southern Division | Thomas Behm at Gruel Mills Nims & Pylman PLLC |
| 18-cv-01019 | United States District Court Western District of Michigan Southern Division | Wendy Schiller-Nichols at The Nichols Law Firm, PLLC |
| 18-cv-01024 | United States District Court Western District of Michigan Southern Division | Deborah L. Gordon at Deborah Gordon Law |
| 18-cv-01025 | United States District Court Western District of Michigan Southern Division | Michael P. Misch at Anderson Agostino & Keller |
| 18-cv-01027 | United States District Court Western District of Michigan Southern Division | Caleb Marker and Ben Gubernick at Zimmerman Reed LLP |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 18-cv-01029 | United States District Court Western District of Michigan Southern Division | Manvir Grewal at Grewal Law PLLC |
| 18-cv-01036 | United States District Court Western District of Michigan Southern Division | Jennifer G. Damico at Mike Morse Law Firm, PLLC |
| 18-cv-01038 | United States District Court Western District of Michigan Southern Division | Michael Pitt at Pitt, McGehee, Palmer & Rivers P.C. |
| 18-cv-01039 | United States District Court Western District of Michigan Southern Division | April Kreger at The Coleman Justice Center |
| 18-cv-01044 | United States District Court Western District of Michigan Southern Division | Brian McKeen at McKeen & Associates, P.C. |
| 18-cv-01045 | United States District Court Western District of Michigan Southern Division | Robert C. Hilliard at Hilliard Martinez Gonzales, LLP and E. Powell Miller at The Miller Law Firm, P.C. |
| 18-cv-01047 | United States District Court Western District of Michigan Southern Division | Brian McKeen at McKeen & Associates, P.C. |
| 18-cv-01049 | United States District Court Western District of Michigan Southern Division | Andrew Abood at Abood Law Firm |
| 18-cv-01051, 18-cv-01055 | United States District Court Western District of Michigan Southern Division | Drew, Cooper & Anding and Manly, Stewart & Finaldi |
| 18-cv-01052 | United States District Court Western District of Michigan Southern Division | James White at White Law PLLC |
| 18-cv-01054 | United States District Court Western District of Michigan Southern Division | Michael Gatti at David & Gatti |
| 18-cv-01057 | United States District Court Western District of Michigan Southern Division | Robert Darling at Robert H. Darling, PLLC and Joseph Fraser at Law Offices of Johnston, Sztykiel, & Hunt, P.C. |
| 18-cv-01058 | United States District Court Western District of Michigan Southern Division | Robert Darling at Robert H. Darling, PLLC and Joseph Fraser at Law Offices of Johnston, Sztykiel, & Hunt, P.C. |
| 18-cv-01060 | United States District Court Western District of Michigan Southern Division | Joseph Fraser of Johnston, Sztykiel & Hunt, P.C. |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 18-cv-01258 | United States District Court Western District of Michigan Southern Division | Thomas Behm at Gruel Mills Nims & Plyman PLLC |
| 18-cv-01296 | United States District Court Western District of Michigan Southern Division | Richard Cascarilla at Murphy & Spagnuolo, P.C. |
| 18-cv-01059 | United States District Court Western District of Michigan Southern Division | White, Rusek, Nichol of White Law; Aziz of Abraham et al firm; Tuegel of Hunt & Tuegel |
| 18-cv-01169 | United States District Court Western District of Michigan Southern Division | Jami Jones at Jami Jones PLLC |
| 18-cv-00642, 18-cv-01056 | United States District Court Western District of Michigan Southern Division | Robert Darling, Christopher Ambrose, Joseph Fraser |
| 2:18-cv-03462-JSL-KES | United States District Court Central District of California Western Division – Los Angeles | John C. Manly at Manly, Stewart & Finaldi |
| 2:18-cv-03464-JLS-KES | United States District Court Central District of California Western Division – Los Angeles | John C. Manly at Manly, Stewart & Finaldi |
| 30-2017-00899357 | Superior Court of the State of California in and for the County of Orange | John C. Manly at Manly, Stewart & Finaldi |
| 30-2018-01019592 | Superior Court of the State of California in and for the County of Orange | John C. Manly at Manly, Stewart & Finaldi |
| 5:18-cv-02479-BLF | United States District Court California Northern District San Jose Division | John C. Manly at Manly, Stewart & Finaldi |
| 8:18-cv-1117-JLS-KES | United States District Court Central District of California Southern Division – Santa Ana | John C. Manly at Manly, Stewart & Finaldi |
| 8:18-cv-00650-JLS-KES | United States District Court Central District of California Southern Division – Santa Ana | John C. Manly at Manly, Stewart & Finaldi |
| BC706935 | Superior Court of the State of California in and for the County of Los Angeles | John C. Manly at Manly, Stewart & Finaldi |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 2:19-cv-00171-JLS-KES | United States District Court Central District of California Western Division – Los Angeles | Jesse Creed at Panish Shea & Boyle LLP and co-counsel Muhammad Aziz at Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz, and Michelle Simpson Tuegel |
| 2:18-cv-10540-JLS-KES | United States District Court Central District of California Western Division – Los Angeles | Whitney D. Ackerman and Jonathan A. Rapel at The Law Office of Whitney D. Ackerman |
| 2:18-cv-03461-JLS-KES | United States District Court Central District of California Western Division – Los Angeles | John C. Manly, Vince W. Finaldi, Alex Cunny at Manly, Stewart & Finaldi |
| 8:18-cv-01136-JLS-KES | United States District Court Central District of California Southern Division – Santa Ana | John C. Manly, Vince W. Finaldi, Alex Cunny at Manly, Stewart & Finaldi |
| 2:19-cv-00161-JLS-KES | United States District Court Central District of California Western Division – Los Angeles | Kevin R. Boyle and Jesse Creed at Panish Shea & Boyle LLP and co-counsel Muhammad Aziz at Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz, and Michelle Simpson Tuegel |
| 2:19-cv-00167-JLS-KES | United States District Court Central District of California Western Division – Los Angeles | Kevin R. Boyle and Jesse Creed at Panish Shea & Boyle LLP and co-counsel Muhammad Aziz at Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz, and Michelle Simpson Tuegel |
| 5:19-cv-00110-LHK | United States District Court California Northern District San Jose Division | Kevin R. Boyle and Jesse Creed at Panish Shea & Boyle LLP and co-counsel Muhammad Aziz at Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz, and Michelle Simpson Tuegel |
| 2018L008869 | Circuit Court of Cook County, Illinois, County Department, Law Division | Muhammad Aziz of Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz |
| 1:19-cv-00737-KMT | United States District Court District of Colorado | Vance Andrus, Aimee Wagstaff, Kimberly Dougherty, and Lisa Lee at Andrus Wagstaff, P.C.; Megan A. Bonanni at Pitt, McGehee, Palmer & Rivers, P.C., Thomas R. Behm at Gruel Mills Nims & Pylman PLLC, and Melissa Fry Hague at Goldman Scarlato & Penny |

| Case Number | Court | Plaintiff Attorney and Law Firm |
|---|---|---|
| 1:19-cv-00902 | United States District Court District of Colorado | Vance R. Andrus, Aimee H. Wagstaff, Kimberly A. Dougherty and Lisa Lee at Andrus Wagstaff, P.C.; Robert J. Lantzy at Buckfire & Buckfire, PC; Donna M. MacKenzie at Olsman Mackenzie Peacock & Wallace, PC; Robert H. Darling at Robert H. Darling, PLLC; Joseph N. Fraser at Law Offices of Johnston, Sztykiel & Hunt, P.C.; Jennifer B. Salvatore at Salvatore Prescott & Porter, PLLC; Michael A. Cox and Jackie J. Cook at The Mike Cox Law Firm, PLLC; Gregory M. Bereznoff at Law Offices of Bereznoff & Little; David L. Zoglio at Law Offices of David L. Zoglio; Mary Pat Rosen and David W. Christensen at Charfoos & Christensen, P.C.; Mark K. Schwartz at Driggers, Schultz & Herbst; Michael S. Krzak and Matthew M. Rundio at Krzak Rundio Law Group, LLC; Gary L. Bender and Richard A. Cascarilla at Murphy & Spagnuolo, P.C.; Jordan K. Merson and Jaclyn M. Ponish at Merson Law, PLLC; Paul H. Grant at Planning With Purpose, Inc.; Matthew A. Ferri at Law Office of Matthew A. Ferri, PLLC; Steven A. Lee at Neumann Law Group; Jessica Rose Ross at Gower Law PLC; Debra A. Freid at Freid, Gallagher, Taylor & Assoc., P.C.; Nicholas Roumel at Nacht & Roumel, P.C.; Efstathios T. Kiousis at Kiousis Law, P.C.; Jami Jones at Jami Jones PLLC; Tiffany R. Ellis and Jeffrey T. Stewart at Seikaly, Stewart, & Bennett, P.C.; Wendy M. Schiller-Nichols and Matthew J. Heos at The Nichols Law Firm, PLLC; and Mark Bernstein, Rebecca Sposita and Michael Battersby at The Sam Bernstein Law Firm, PLLC |
| 1:18-cv-11299-IT | United States District Court District of Massachusetts | Vance Andrus, Kimberly Dougherty, Aimee Wagstaff at Andrus Wagstaff, P.C. |
| 18-cv-0147 | United States District Court Western District of Michigan | Jordan Merson and Jaclyn Ponish at Merson Law, PLLC |

## **EXHIBIT 2**

### **List of Third Parties**

- U.S. Olympic Committee
- Stephen Penny
- Twistars
- John Geddert
- Kathryn Geddert
- BMK Partners Ltd.
- BMK Training Facilities, Ltd.
- Karolyi Training Camps LLC
- Karolyi's Elite
- Bela Karolyi
- Martha Karolyi
- Debra Van Horn
- Edward Gerald Spinelli
- Champions Unlimited Gymnastics
- Training Center, LLC
- Kathy Scanlan
- Paul Parilla
- World Sport Chicago
- Robert Colarossi
- AOGC All Olympia Gymnastics Center Inc.
- Artur Akopyan
- Galina Marinova
- Donald Peters
- Southern California Acro Team
- Richard Carlson
- Lawrence F. Probst
- Robert J. Bach
- James M. Benson
- Robert Bowlsby
- Ursula M. Burns
- Anita L. DeFrantz
- Daniel I. Doctoroff
- James L. Easton
- John S. Hendricks
- Nina M. Kemppel
- Susanne D. Lyons
- William C. Marlot
- Mary R. McCagg
- Steven M. Mesler
- Dave W. Ogrean
- Pisei Whitney Ping
- Angela M. Ruggiero
- Kevin M. White
- Robert L. Wood
- Scott Blackmun
- Alan Ashley
- Larry Buendorf

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Clyde & Co US LLP, 2020 Main Street, Suite 1100, Irvine, California 92614.

Pursuant to FRCP 5, I certify that I am a legal assistant at Clyde & Co US LLP and that on April 23, 2019, I served the within document(s): **DEFENDANT USA GYMNASTICS' NOTICE OF ENTRY OF BANKRUPTCY COURT ORDER STAYING THIS ACTION IN ITS ENTIRETY**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address krista.gutierrez@clydeco.us to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY U.S. MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Clyde & Co US LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

**FEDERAL** - I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on April 23, 2019, at Irvine, California.

Krista Gutierrez

CLYDE & CO US LLP
2020 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 852-8200

## SERVICE LIST

*Jane PCNE Doe & John PCNM Doe v. USOC, et al. al.*
**U.S.D.C. Case No.: 2:18-cv-03462-JLS-KESx**

| | |
|---|---|
| John C. Manly<br>Vince W. Finaldi<br>Alex Cunny<br>MANLY, STEWART & FINALDI<br>19100 Von Karman Ave., Ste. 800<br>Irvine, CA 92612<br>Telephone:  949.252.9990<br>Facsimile: 949.252.9991<br>jmanly@manlystewart.com<br>vfinaldi@manlystewart.com<br>acunny@manlystewart.com | *Attorneys for Plaintiff*<br><br>**VIA EMAIL ONLY** |
| Gloria Allred<br>Nathan Goldberg<br>ALLRED MAROKO & GOLDBERG<br>6300 Wilshire Blvd., #1500<br>Los Angeles, CA 90048<br>Telephone: 323.653.6530<br>Facsimile: 323.653.1660<br>GAllred@amglaw.com<br>NGoldberg@amglaw.com | *Attorneys for Plaintiff*<br><br>**VIA EMAIL ONLY** |
| Mitchell A. Kamin<br>Carolyn Kubota<br>Mark T. Chen<br>COVINGTON & BURLING, LLP<br>1999 Avenue of the Stars, Ste. 3500<br>Los Angeles, CA 90067-4643<br>Telephone:  424.332.4800<br>Facsimile:  424.332.4749<br>MKamin@cov.com<br>ckubota@cov.com<br>MYChen@cov.com | *Attorneys for Defendant, UNITED STATES OLYMPIC COMMITTEE*<br><br>**VIA EMAIL ONLY** |
| Udit Sood<br>COVINGTON & BURLING, LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111-5356<br>Telephone:  415.591.6000<br>Facsimile:  415.591.6091<br>usood@cov.com | *Attorneys for Defendant, UNITED STATES OLYMPIC COMMITTEE*<br><br>**VIA EMAIL ONLY** |
| Lawrence Gerard Nassar (#21504-040)<br>USP-Coleman II<br>U.S. Penitentiary<br>PO Box 1034<br>Coleman, FL 33521 | *Defendant LARRY NASSAR*<br><br>**VIA US MAIL ONLY** |